No. 39252.—Protests 617511–G, etc., of W. C. Auger et al. (San Francisco).

Opinion by DALLINGER, J. It was stipulated that certain trays, book ends, card holders, wine vessels, cups, oblong boxes, boxes, candlesticks, safe sets, pin trays, flower bowls, bowls, jars, vases, and paper cutters are the same as the merchandise involved in *Friedlaender* v. *United States* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Rice* v. *United States* (24 id. 114, T. D. 48415). The claim at 40 percent under paragraph 339 was therefore sustained.

BEFORE THE THIRD DIVISION, AUGUST 23, 1938

No. 39253.—Protest 726591–G of Strawbridge & Clothier (Philadelphia).

Opinion by EVANS, J. The court was unable to determine from the record as presented at what rate the currency should have been converted in order to comply with section 522, Tariff Act of 1930. The protest was therefore overruled.

No. 39254.—Protest 811649–G of A. Schilling & Co. (San Francisco).

Opinion by EVANS, J. It was stipulated that the merchandise consists of savory leaves similar to those passed upon in Abstract 37783. The claim for free entry under paragraph 1722 was therefore sustained.

No. 39255.—Protests 711391–G, etc., of Buffalo Flour Mills Corp. (Buffalo).

Opinion by EVANS, J. The protests were dismissed.

No. 39256.—Protests 440134–G, etc., of Monroe D. Green (San Francisco).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Great Pacific Co.* (23 C. C. P. A. 319, T. D. 48192) the broken kernels of the milled rice in question were held dutiable at one-half of 1 cent per pound under paragraph 727 as claimed.

No. 39257.—Protest 797688–G of Wo Kee & Co. (San Francisco).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Great Pacific Co.* (23 C. C. P. A. 319, T. D. 48192) the broken kernels of the milled rice in question were held dutiable at five-eighths of 1 cent per pound under paragraph 727 as claimed.